EDWARD McCLARE, Doing Business under the Name of BROWN PRINTING Co., Appellant, *v.* MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.

(Argued November 19, 1934; decided November 27, 1934.)

*George H. Rothlauf* for motion.
*Edward G. Dillon* opposed.

Motion denied, with ten dollars costs.